IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE CALLOWAY, IV               :
    Plaintiff,                   :
                                 :
v.                               :          CIVIL ACTION NO. 24-CV-5998
                                 :
UNITED STATES, *et al.*,         :
    Defendants.                  :

## ORDER

**AND NOW**, this 26th day of November 2024, upon consideration of Plaintiff Jesse Calloway, IV's motion to proceed *in forma pauperis* (Doc. No. 1), and *pro se* Complaint (Doc. No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's memorandum.

4.      The Court certifies that any appeal from this Order is not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

                    */s/ Karen Spencer Marston*
                    KAREN SPENCER MARSTON, J.